UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Cheryl Owens | ) | C/A No. 2:07-3212-JFA-BM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| Accuscribe Transcription Services, LLC, | ) | |
| Respondent. | ) | |

The plaintiff, Cheryl Owens, brings this action alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e, *et seq*; 42 U.S.C. Section 1981; and the South Carolina Human Affairs Law (SCHAL), S.C. Code Ann. Section 1-13-10, *et seq*.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the defendant's motion for summary judgment should be granted. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The parties were advised of their right to file objections to the Report and Recommendation, which was entered on the docket on December 8, 2009. Neither party

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

filed objections to the Report.

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation to be proper and incorporates the Report herein by reference. Accordingly, the defendant's motion for summary judgment is hereby granted.

IT IS SO ORDERED.

January 20, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge